# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1035

Joan Doe

Appellant

v.

Board of Trustees of the University of Arkansas, in their official capacity and Donald R. Bobbitt, University of Arkansas President and CEO

Appellees

University of Arkansas School of Law

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:22-cv-05137-PKH)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

February 11, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik